**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 99-1756**

───────────────

ANNETTE BYNUM,

                                    Plaintiff - Appellant,

        versus


D. L. PETERSON, Deputy Sheriff; T. S. O'NEAL,
Deputy Sheriff; DEPUTY SHERIFF STANLEY,

                                    Defendants - Appellees,

        and


PITT COUNTY SHERIFF DEPARTMENT; JOHNNY PORTER;
GERALDINE PORTER,

                                    Defendants.


───────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville.  Malcolm J. Howard, District Judge.  (CA-97-229-4-H)

───────────────

Submitted:  August 5, 1999        Decided:  August 10, 1999

───────────────

Before MURNAGHAN and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Annette Bynum, Appellant Pro Se. Timothy Coleman Barber, BARBER & ASSOCIATES, Greenville, North Carolina; JoAnne Keeler Burgdorff, PITT COUNTY LEGAL DEPARTMENT, Greenville, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Annette Bynum appeals the district court's order and judgment granting summary judgment to the Appellees and dismissing her civil rights complaint alleging that excessive force was used to effectuate her arrest. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Bynum v. Pitt County Sheriff Dep't, No. CA-97-229-4-H (E.D.N.C. Apr. 29, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED